UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Colle & McVoy, Inc., a Minnesota Corporation,

Plaintiff,

v.

Steven Kotula,

Defendant.

Civil Action 02-CV-239 JRT/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE** and Order

---

The parties, through their undersigned attorneys, hereby stipulate that this action shall be dismissed with prejudice and without costs to any party.

Dated: January 3, 2003

Dean R. Karau (#225186)
Lora Esch Mitchell (#259615)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 347-7000
Fax: (612) 347-7077

ATTORNEYS FOR PLAINTIFF COLLE & MCVOY, INC.

Dated: January 6 2003

John M. Degnan (#21817)
Christopher R. Morris (#230613)
BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 333-3000
Fax (612) 333-8829

ATTORNEYS FOR DEFENDANT STEVEN KOTULA

FILED JAN 0 8 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Jan. 8, 2003

**John R. Tunheim**
United States District Judge

#2744472\1